[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 6, 2011
JOHN LEY
CLERK

No. 10-14646
Non-Argument Calendar

_____

D.C. Docket No. 0:09-cr-60099-JIC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICE THOMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 6, 2011)

Before WILSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Patrice Thomas appeals her 7-month sentence imposed after her probation

was revoked pursuant to 18 U.S.C. § 3565(a).  Thomas argues that her sentence

was substantively unreasonable because her crime leading to her revocation was minor, her probation history was otherwise clean, she accepted responsibility, and all parties had agreed that the proper punishment was an anti-theft program.

Upon review of the record and consideration of the parties' briefs, we affirm Thomas's sentence. The sentence fell in the middle of the applicable 4–10 month guideline range, and we ordinarily expect guideline sentences to be reasonable. *United States v. Talley*, 431 F.3d 784, 788 (11th Cir. 2005) (per curiam). And Thomas's sentence achieved the purposes of sentencing as stated in § 3553(a). The term of imprisonment, anti-theft program, and restitution deterred Thomas, protected the public from further crimes, took into account the nature of the offense and the characteristics of Thomas, provided Thomas with needed correctional treatment, and provided compensation to Thomas's victim. The district court did not abuse its discretion. Accordingly, we affirm Thomas's sentence.

**AFFIRMED.**